McMahon, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARC E. VERZANI, individually and on behalf of :
all others similarly situated,
                         Plaintiff,      :   09 Civ. 2117 (CM) (FM)
                - against -             :   [~~Proposed~~]
COSTCO WHOLESALE CORPORATION,   :   **JUDGMENT**
                    Defendant.     :
-------------------------------------------------------------- X

       Whereas the above-captioned matter having come before this Court, and the Court having rendered its Memorandum Decision and Order dated July 29, 2009, and its Memorandum Order dated August 6, 2009, and having denied Marc Verzani's motion for leave to file a second amended complaint by Memorandum Decision and Order dated September 28, 2010, it is

**ORDERED, ADJUDGED AND DECREED:** That the Amended Complaint of Marc Verzani is dismissed with prejudice; accordingly, the case is closed.

Dated: New York, New York
       November ___, 2010

                                                      U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/10